# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:-18-cv-07904-SVW (AFM)**  Date:  **April 23, 2019**

Title  **Kevin W. King v. Manhatten Beach, et al.**

Present: The Honorable:  **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

The Court has received two items mailed to plaintiff on March 28, 2019, both of which were returned to the Court as undeliverable, each with a different notation: "Paroled" or "Out to Court." Plaintiff has been admonished on numerous occasions that failure by him to comply with a Court order because he did not inform the Court of his current address may result in the action being dismissed for failure to prosecute.  *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Civil Rule 41-6.

Accordingly, IT IS ORDERED that within 20 days from the date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute and failure to keep the Court apprised of his current address.

The Clerk is also directed to send the Court's March 28, 2019 order (ECF No. 35, 36) to plaintiff.

|  | : |
|---|---|
| **Initials of Preparer** | ib |