# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN W. KING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MANHATTAN BEACH, ET AL.,<br><br>　　　　Defendants. | Case No. CV 18-07904 SVW (AFM)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice for failure to prosecute.

DATED: July 10, 2019

　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE